### HENDRICKS, GOVERNOR, v. HARGRAVE.

EXCEPTION.—*Demurrer.*—The action of a court in overruling a demurrer cannot be presented to the Supreme Court, when no exception has been taken to the ruling.

From the Marion Civil Circuit Court.

*C. A. Buskirk,* Attorney General, for appellant.

*A. & J. E. Iglehart,* for appellee.

PETTIT, J.—The appellee brought suit for a mandate against the appellant, to compel him to issue a commission to the appellee as judge of the Criminal Circuit Court of Van-derburgh county. A demurrer for want of sufficient facts to the complaint was overruled, and this ruling alone is assigned for error. No exception was taken to this ruling, and, therefore, no question is presented in the record for our consideration.

The judgment is affirmed, at the costs of the appellant.